No. 84–1410.  IRVING, DIRECTOR, JUVENILE DIVISION, ILLINOIS DEPARTMENT OF CORRECTIONS v. CLAY.  C. A. 7th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 84–1540.  DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON v. DILLON.  C. A. 7th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 84–1278.  YAMASAKI, DIRECTOR, HAWAII DEPARTMENT OF TRANSPORTATION v. STOP H–3 ASSN. ET AL.  C. A. 9th Cir.  Motion of Committee for H–3 et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.